**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR132** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **EDWARD E. DAY, III,** | ) | |
| **Defendant.** | ) | |

Defendant Edward E. Day, III appeared before the court on Thursday, May 7, 2009 on a Petition for Warrant or Summons for  Offender Under Supervision [45].  The defendant  was represented by Assistant Federal Public Defender Julie B. Hansen and  the United States was represented by Assistant U.S. Attorney Frederick D. Franklin.    Defendant was not entitled to a preliminary examination and the government did not request a detention hearing.   Therefore, the defendant was released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1.      A final dispositional hearing will be held before  Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **May 18, 2009 at 10:30 a.m.**  Defendant must be present in person.

2.      The defendant is released on current conditions of supervision.


DATED this 7th day of May, 2009.

BY THE COURT:

s/ F. A. Gossett

United States Magistrate Judge